# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

Jayme L. Dordies ,
)
)
Plaintiff
)
)
vs.
)
)
Governor JB. Pritzker
)
Director Latoya Hughes
)
Warden Mark Williams
)
AWP Paula Baker
)
Administrative Review
)
Board Margaret
)
Madole
)
)
_____ ,
)
)
Defendant(s)
)

Case No. _____
(*The case number will be assigned by the clerk*)

**FILED**

NOV 1 0 2025

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

(*List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format*).

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☒ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐ Other federal law: _____

☐ Unknown _____

_____

***Please refer to the instructions when filling out this complaint.** Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

## I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: JAYME L. DORdies

Prison Identification Number: B-11374

Current address: Eastmoline CoRRection Center 100 Hillcrest Rd, Eastmoline Ill 61244

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: JB Pritzker

Current Job Title: Governor of Illinois

Current Work Address 1301 Concordia Court, P.O. Box 19277 SPring, Ill 62794-9277

Defendant #2:

Full Name: Latoya Hughes

Current Job Title: DiRectoR I.D.O.C.

Current Work Address 1301 Concordia Court, P.O. Box 19277, Springfield, Ill 62794-9277

Defendant #3:

Full Name: MaRK williams

2

Current Job Title: WARDen of Eastmoline C.C.

Current Work Address 100 HillCRest Rd, Eastmoline Illinois 61244

Defendant #4:

Full Name: PAula Baker,

Current Job Title: Assistant WarDen of Programs

Current Work Address 100 HillcRest Rd. Eastmoline Illinois 61244

Defendant #5:

Full Name: MARgaret Madole,

Current Job Title: Administrative Review Board

Current Work Address 1301 Concordia Court, P.o. Box 19277, Springfield, Illinois 62794-9277

*For additional defendants, provide the information in the same format as above on a separate page.*

## III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case?          Yes ☐          No ☒

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐          No ☒

3

C. If your answer to B is yes, how many? _____ Describe the lawsuit(s) below.

  1. Name of Case, Court and Docket Number

  _____

  2. Basic claim made _____

  3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still

pending?) _____

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution?   Yes ☒   No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

     Yes ☒   No ☐

If your answer is no, explain why not _____

_____

C. Is the grievance process completed?   Yes ☒   No ☐

4

## V. STATEMENT OF CLAIM

Place(s) of the occurrence _Eastmoline CoRRection Center_

Date(s) of the occurrence _1/22/2025_

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

Title 11 of the ADA States: No qualified individual with A disability shall, by reason of such disability, be excluded from Participation in oR be denied the benefits of the services, Programs, oR Activities of A Public entity, oR be Subjected to Disceimination by any Such entity.

DoRdies B11374 Grieves that on 1-22-2025 he Put in for SickCall to Renew his PeRmitt for eyedrops and meals on Wheels, on 1-24-2025 he was seen by Nurse Johnson. When DoRdies asked to be Put into see Doctor, Nurse Johnson informed him that he need to sign up for Sick Call again to get on the Doctor line.

Medical grieves delay in seeing A DR, for meals on Wheels, was seen by RN Jodi Johnson on 1-24-25, Requested again...

other cont-2-3-25. Also claims misdiagnosed with asthma, but has A History of COPD.

Denied, this office finds the issue was Appropriately addressed by the facility Administration.

other:

5

Per medical Staff, grievant was Seen on 2-6-25 by Dr. Elliot; A Slow walk and elevator Pass were issued. However, notes reflect no mow restriction given and discussed exercise/motion being beneficial for DoRdies. Medical treatment, including diagnoses, is at the discretion of Licensed Medical Professionals. for the BOARD: MaRgaret Madole Administrative Review Board and CONCURReD: LAtoya Hughes DiRectoR I.D.O.C.

my own accord. I feel I am not recieving proper health care. I am stipulating this fact at the incompetece of Wexford health care and staff of Eastmoline correctional facility. I state Wexfords incompetence to indemnify an individual diagnosts, especially with the lack of health care, staff and medications. Due to a highly-tensile herniated disk, pins in my right leg, and a COPD (chronic obstruction pulmonary disease), more often than normal, it will affect my mobility. Also I have an orthopedic shoe. Currently, Eastmoline has no acting Doctor/physician and a nurse practitioner who works an assigned four (4) hours a week to a myriad of individuals seeking health care. With proclivity, individual are rarely assessed properly and sometimes garner new or worse conditions as a direct result. Also, with a blatant/vehement lack of oversight, no accountability befits HCUA Baker on behalf of the East moline Health Administration. With no regards to the recommendation of the primary care physicians who treat my diagnosis of COPD to minimize being over active to prevent attacks or risking farther injury/damage to the herniated disk/pins in my legs, Rod. the nurse practioner B. Wager encourages that I increase my mobility and excercise. I explained to the nurse that I currently undergo pain management with the aide of medication and increusing my mobility actually worsens my conditions.

As a result of B. Wager diagnosis/treatment Plans, I Have more pain, tiredness, and in fact decreased mobility as well as some weight loss from not being able to walk to the cafe area.
Simutaneously, B. Wager has a reputation for being incorrigible. She make Statements that individuals don't have to like her treatment options, and with out Cooperative Consutations, "She knows whats best". She has eliminated me from the "meals on wheels" Program, and also causes depression and anxiety. Her opinions are incontrovertible, and she doe.n't take into considertion individual/ Patients who have rights under ADA.

RELIEF REQUESTED

(State what relief you want from the court.)

1) (Punitive damages). I.D.O.C. the Reprehensibility "of the Defendant Conduct, 2) a Reasonable relationship" Plaintiff Pain in Suffering and 3) the absence meals on Wheels 3/6/2025, of losing Weight.

$15,000

JURY DEMAND        Yes ☒        No ☐

Signed this ___23___ day of ___Oct___ , 20_25_ .

_Jayme L. Dordies_
( Signature of Plaintiff)

| Name of Plaintiff: JAYME L. DORDies  Jayme L. Dordies | Inmate Identification Number: B-11374 |
|---|---|
| Address: East Moline Correctional Center 100 Hillcrest Rd, Eastmoline, IL 61244 | Telephone Number: 1-309-755-4511 |

8

J.B. Pritzker
Governor



Latoya Hughes
Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Name:   Dordies, Jayme                                         7/11/25
                                                                    Date

ID# :   B11374

Facility:   East Moline                          2/24/25

This is in response to your grievance received on __2/18/2025  ↲__ . This office has determined the issue will be addressed without a formal hearing.  A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted.  For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding:  Grievance dated: __1/28/2025 ↲__   Grievance Number: __K14-25-01-077,__ Griev Loc: __East Moline__
                                        2/9/25                                K14-25-02-019

- ☑ Medical  Grieves delay in seeing a Dr. for meals on wheels, was seen by RN Jodi Johnson on 1/24/25. Requested again...

- ☐ Dietary  _____

- ☐ Personal Property  _____

- ☐ Mailroom/Publications  _____

- ☐ Staff Conduct  _____

- ☐ Commissary / Trust Fund  _____

- ☐ Conditions (cell conditions, cleaning supplies, etc.)  _____

- ☐ Disciplinary Report: Dated: _____ Incident # _____

- ☑ Other  Cont. - on 2/3/25. Also claims misdiagnosed with asthma, but has a history of COPD.

**Based on a review of all available information, this office has determined your grievance to be:**

- ☐ Affirmed
- ☐ Denied as the facility is following the procedures outlined in DR525.

_____

- ☐ Denied, in accordance with DR504F, this is an administrative decision.
- ☐ Denied as procedures were followed in accordance with DR 420 for removal/denial from/for an assignment.

- ☑ Denied, this office finds the issue was appropriately addressed by the facility Administration.
- ☐ Denied as this office finds no violation of the grievant's due process in accordance with DR504.80 and DR504.30.  This office is reasonably satisfied the offense cited in the report was committed.

- ☑ Other:  Per medical staff, grievant was seen on  2/6/25 By Dr. Elliot; a slow walk and elevator pass were issued. However, notes reflect no MOW restriction given and discussed exercise/motion being beneficial for Dordies. Medical treatment, including diagnoses, is at the discretion of Licensed Medical Professionals.

FOR THE BOARD: _Margaret Madole_        CONCURRED: _Latoya Hughes_
                        Margaret Madole                              Latoya Hughes
                   Administrative Review Board                          Director

CC:  Warden, __East Moline__ Correctional Center
       Dordies, Jayme _____ , ID# B11374

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**



J.B. Pritzker
Governor

Rob Jeffreys
Director

## The Illinois Department of Corrections

^301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Name: Dordies, Jayme

ID# : B11374

Facility: East Moline

12/22/22
Date

This is in response to your grievance received on __10/11/2022__. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: __9/20/2022__    Grievance Number: __22-0273/EMO__    Griev Loc: __East Moline__

☑ Medical __Grieves need for crutches due to surgery, claims they were taken due to being seen working out but did it for physical therapy.__

☐ Dietary _____

☐ Persona Property _____

☐ Mailroom/Publications _____

☑ Staff Conduct ____Claims Food Supervisor Seers took restrictions from grievant on 9/15/2022.____

☐ Commissary / Trust Fund _____

☐ Conditions (cell conditions, cleaning supplies, etc.) _____

☐ Disciplinary Report: Dated: _____ Incident # _____

☐ Other _____

**Based on a review of all available information, this office has determined your grievance to be:**

☐ Affirmed

_____

☐ Denied in accordance with DR504F, this is an administrative decision.

☑ Denied this office finds the issue was appropriately addressed by the facility Administration.

☐ Denied as the facility is following the procedures outlined in DR525.

☐ Denied as procedures were followed in accordance with DR 420 for removal/denial from/for an assignment.

☐ Denied as this office finds no violation of the grievant's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offense cited in the report was committed.

☐ Other: _____

_____

FOR THE BOARD: _Margaret Madole_
Margaret Madole
Administrative Review Board

CONCURRED: _Rob Jeffreys_
Rob Jeffreys
Director

CC: Warden, __East Moline__ Correctional Center
Dordies, Jayme _____ ID# B11374

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

www.illinois.gov/idoc

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO INDIVIDUAL IN CUSTODY'S GRIEVANCE**

| Grievance Officer's Report | | |
|---|---|---|

Date Received: 01/29/2025      Date of Review: 02/05/2025      Grievance #: K14-25-01-077

Individual in
Custody Name: Dordies, Jayme                                    ID#: B11374

**Nature of Grievance:**

Medical/Permits - Meals on Wheels

**Facts Reviewed:**

Dordies B11374 grieves that on 1/22/2025 he put in for sick call to renew his permit for eye drops and Meals on Wheels. On 1/24/2025 he was seen by Nurse Johnson. When Dordies asked to be put in to see Doctor, Nurse Johnson informed him that he needed to sign up for sick call again to get on the Doctor line.

REQUESTED INFORMATION/STATEMENT: Dordies B11374 requests to be placed on the Doctor line list, to be placed on Meals on Wheels and to not be discriminated against.

Findings of the Grievance Officer:

Response from HCUA Baker: "Dordies B11374 is on the doctor line tomorrow (02/06/25) to be seen for these issues."

**Recommendation:**

Based upon review of all available information, it is the recommendation of this Grievance Officer that individual's grievance be moot. Individual's medical needs appear to be being accommodated.

R. Slocum, Correctional Counselor II

Print Grievance Officer's Name                         Grievance Officer's Signature
(Attach a copy of Individual in Custody's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | | |
|---|---|---|

Date Received: 2-6-25        ☑ I concur        ☐ I do not concur        ☐ Remand

Action Taken:

Chief Administrative Officer's Signature                              2-6-25
                                                                       Date

| Individual in Custody's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

Individual in Custody's Signature                    ID#                    Date

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO INDIVIDUAL IN CUSTODY'S GRIEVANCE** (Continued)



ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO INDIVIDUAL IN CUSTODY'S GRIEVANCE**

| Grievance Officer's Report | | |
|---|---|---|
| Date Received: 02/10/2025 | Date of Review: 02/19/2025 | Grievance #: K14-25-02-019 |
| Individual in Custody Name: Dordies, Jayme | | ID#: B11374 |

**Nature of Grievance:**

Medical Treatment - Misdiagnosed

**Facts Reviewed:**

Dordies B11374 grieves that on 2/3/2025 he requested for the 3rd time to renew his Meals on Wheels permit. On 2/6/2025 he saw Dr. Elliott and explained his symptoms and feels Doctor misdiagnosed him with asthma.

REQUESTED INFORMATION/STATEMENT: Dordies B11374 requests to be placed on Meals on Wheels.

Findings of the Grievance Officer:

Response received from HCUA Baker at the 1st Level of this grievance. HCUA Baker states Dr. Elliott denied individual Dordies MOW request on 2/6/2025. Dr. Elliott issued permits for slow walk and to use the elevator. Further, Doctor encouraged exercise and walking as tolerated.

**Recommendation:**

Based upon review of all available information, it is the recommendation of this Grievance Officer that individual's grievance be denied. Individual's medical needs appear to be being accommodated.

R. Slocum, Correctional Counselor II

Print Grievance Officer's Name — Grievance Officer's Signature

(Attach a copy of Individual in Custody's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | | |
|---|---|---|
| Date Received: 2-19-25 | ☒ I concur ☐ I do not concur ☐ Remand | |

Action Taken:

Chief Administrative Officer's Signature          2-19-25 Date

**Individual in Custody's Appeal To The Director**

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

Individual in Custody's Signature          ID#          Date

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO INDIVIDUAL IN CUSTODY'S GRIEVANCE** (Continued)



Assigned Grievance #/Institution: KM5-02-019    Housing Unit: 4    Bed #: 10

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Individual in Custody's Grievance**

1st Lvl rec: 2/10/25    2nd Lvl rec: 2/19/25

| Date: 2/9/25 | Individual in Custody (please print): Jaxme Dordies | ID #: B11374 | Race (optional): BLK |
|---|---|---|---|

Present Facility: Eastmoline C.C.    Facility where grievance issue occurred: Eastmoline C.C.

**Nature of grievance:**

- [ ] Personal Property
- [ ] Mail Handling
- [ ] Medical Treatment
- [x] ADA Disability Accommodation
- [ ] Staff Conduct
- [ ] Dietary
- [ ] HIPAA
- [ ] Restoration of Sentence Credit
- [ ] Other (specify): _____
- [ ] Disciplinary Report    2/3/25    Eastmoline C.C.
      Date of report    Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

   **Counselor**, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
   **Grievance Officer**, only if the issue involves discipline at the present facility or issue not resolved by Counselor
   **Chief Administrative Officer**, only if EMERGENCY grievance
   **Mail to Administrative Review Board**, only if the issue involves protective custody, involuntary administration of psychotropic drugs issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

ON 2/3/25 I Have Request for the third time to Renew my meals on Wheels Permit. ON 2/6/25 I was Put in to See the Doctor about the Chronic Pain I been having all throuh the weeks, I try Explain to Dr. Elliot about my medical Historic, to begin with my Condition. I have a metal Plate on the left Side of my head followed by a Hernia Disc in my Back and Pin & Rod

[x] Continued on reverse

**Relief Requested:**

_____

_____

_____

_____

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.
- [x] Check if this is NOT an emergency grievance.

Jaxme Dordies    B11374    2/9/25
Individual in Custody's Signature    ID#    Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)    Date Received: 02-10-25    [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277    KM-25-02-019

**Response:**

HCUA Baker indicated MOW was denied on 02-06-25 by Dr. Elliott. Dordies has a restriction for slow walk and elevator pass. Dr. Elliott encouraged exercise as tolerated and walking is good for him to reduce pain.

_____

H. Marrar    02-18-25
Print Counselor's Name    Sign Counselor's Name    Date

Note to Individual in custody: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**    Date Received: _____

Is this determined to be of an emergency nature?

- [ ] Yes, expedite emergency grievance
- [ ] No, an emergency is not substantiated. Individual in custody should submit this grievance according to standard grievance procedure.

_____    _____
Chief Administrative Officer's Signature    Date

Distribution: Master File; Individual in Custody    Page 1 of 2    DOC 0046 (Rev. 8/2023)

Assigned Grievance #/Institution: _____

1st Lvl rec: _____

Ho___ ○ Unit: _____    Bed #: _____

ILLINOIS DEPARTMENT OF CORRECTIONS
**Individual in Custody's Grievance**

2nd Lvl rec: _____

in my Right leg also I wear a ORtho-Pedic Boot. With all this Existing I am in Excruciating Pain I Been having all throuh the Season. I have a Difficut time Walk Up and Down Stair way. I also have Heart Disease and C.O.P.d. that university of Illinois did Diagnosage me for which I try to explain to Dr. Elliot. which she told me that I have Ashthma. I find that she misaPPropiate my Diagnosage to me. which I find that incomtent that she misinform by Saying that I have Ashthma. I will be writeing Equip foR Equality about this situation to American With Disabilites about my Rights which I have Exhaustive my Remdy.

Assigned Grievance #/Institution: K14-c.7-05-043

Clinical Dept.     Housing Unit  A0 4     Bed #  10

JUN 07 2024

1s: Lvl rec  5/23/24     2nd Lvl rec  10/10/24

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Individual in Custody's Grievance**

| Date: 5-17-24 | Individual in Custody (please print): JAYME Dordies | ID #: B11374 | Race (optional): BlK |

| Present Facility: ~~Jayme Dordies~~ Eastmoline c.c. | Facility where grievance issue occurred: Eastmoline C.C. |

**Nature of grievance:**

☐ Personal Property      ☐ Mail Handling      ☑ Medical Treatment      ☑ ADA Disability Accommodation

☐ Staff Conduct      ☐ Dietary      ☐ HIPAA      ☐ Restoration of Sentence Credit

☑ Other (specify): Meals on Wheels

☐ Disciplinary Report     5-17-24 _Date of report_     Eastmoline C.C. _Facility where issued_

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) **and place in the designated locked receptacle marked "grievance":**

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

Of my own accord, I feel I am not recieving proper health care. I am stipulating this fact at the incompetence of Wexford health care and staff of East moline Correctional facility. I state wexfords incompetence to indemnify an individuals diagnosis, especially with the lack of health care staff and medications. Due to a highly tensile herniated disk, pins in my right leg, and a COPD (chronic obstruction pulmonary

☑ Continued on reverse

**Relief Requested:**

I would like/request to have B. Magers decision to eliminate me from "meals on wheels" reviewed and reversed on the basis of current diagnosis' and primary physician recommendations.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☑ Check if this is NOT an emergency grievance.

| _Jayme A Dordies_ Individual in Custody's Signature | B11374 ID# | 5-17-24 Date |

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)     Date Received: 05-24-24     ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277     K14-24-05-043

Response:
HCU Baker indicated Individual in custody Dordies will need to be seen by a provider and should sign up for sick call. In order to be placed on meals on wheels.

| H. Morrar Print Counselor's Name | _[signature]_ Sign Counselor's Name | 05-24-24 Date |

**Note to individual in custody:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**     Date Received: _____

Is this determined to be of an emergency nature:

☐ Yes, expedite emergency grievance
☐ No, an emergency is not substantiated. Individual in custody should submit this grievance according to standard grievance procedure

| _____ Chief Administrative Officer's Signature | _____ Date |

Distribution: Master File; Individual in Custody     Page 1 of 2     DOC 0046 (Rev. 8/2013)

ILLINOIS DEPARTMENT OF CORRECTIONS
Individual in Custody's Grievance

disease), more often than normal, it will affect my mobility. Also I have an orthopedic shoe.

Currently, East Moline has no acting Doctor/physician and a nurse practitioner who works an assigned four (4) hours a week to a myriad of individuals seeking health care. With proclivity, individuals are rarely assessed properly and sometimes garner new or worse conditions as a direct result. Also, with a blatant/vehement lack of oversight, no accountability befits HCUA Baker on behalf of the East Moline Health Administration.

With no regards to the recommendations of the primary care physicians who treat my diagnosis of COPD to minimize being over active to prevent attacks or risking further injury/damage to the herniated disk/pins in my legs, the nurse practioner B. Wager, encourages that I increase my mobility and excercise. I explained to the nurse that I currently undergo pain management with the aide of medication and increasing my mobility actually worsens my conditions. As a result of B. Wagers' diagnosis/treatment plans, I have more pain, tiredness, and in fact decreased mobility as well as some weight loss from not being able to walk to the café area.

Simutaneously, B. Wager has a reputation for being incorrigible. She makes statements that individuals don't have to like her treatment options, and without cooperative consultations, "she knows what's best". She has eliminated me from the "meals on wheels" program, and also causes depression and anxiety. Her opinions are incontrovertible and she doesn't take into consideration individual/patients who have rights under ADA.

Assigned Grievance #/Institution: KI4-06-036    Received Clinical Depart... Housing Unit: 4    Bed #: 10

1st Lvl rec: 6/20/14    JUN 25 2024

ILLINOIS DEPARTMENT OF CORRECTIONS
**Individual in Custody's Grievance**

2nd Lvl rec: 6/25/14

| Date: 6-19-24 | Individual in Custody (please print): Jayme Dordies | ID #: B11374 | Race (optional): BlK |

Present Facility: Eastmoline C.C.    Facility where grievance issue occurred: Eastmoline C.C.

**Nature of grievance:**

☐ Personal Property    ☐ Mail Handling    ☑ Medical Treatment    ☑ ADA Disability Accommodation

☐ Staff Conduct    ☐ Dietary    ☐ HIPAA    ☐ Restoration of Sentence Credit

☐ Other (specify): ___

☐ Disciplinary Report    5-17-24    Eastmoline C.C.
  Date of report    Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

  Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
  Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
  Chief Administrative Officer, only if EMERGENCY grievance
  Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

During a Scheduled appointment Response from HIPP-Officer / HCUA Ms. Baker was Seen by Nurse Practitioner Wager on 5-25-24 and Denied any new Sing OR Symptom of Pain Difficulty Breathing, So he was Denied due to No medical necessity. I Presented to nurse Sick Call on 5-31-24 Requesting meal on Wheels Again, Patient is Scheduled to Be Re-Evaluated

☑ Continued on reverse

Relief Requested: I Requesting for to be put back on meal on Wheels and Return my Back Brace to me.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☑ Check if this is NOT an emergency grievance.

_Jayme M Dordies_    B11374    6-19-24
Individual in Custody's Signature    ID#    Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)    Date Received: 06-24-24    ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277    K14-24-06-036

Response: HCUA Baker indicated Dordies was evaluated by N.P. Kramer on 06-17-24. That resulted in no longer has medical necessity for back brace, and Individual was educated that strength training exercises are more beneficial for back pain. Dordies has a permit for slow walk and elevator pass until 11-07-24.

_A. Marrar_    _signature_    06-24-24
Print Counselor's Name    Sign Counselor's Name    Date

Note to individual in custody: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**    Date Received: ___

Is this determined to be of an emergency nature:

☐ Yes, expedite emergency grievance
☐ No, an emergency is not substantiated. Individual in custody should submit this grievance according to standard grievance procedure

___    ___
Chief Administrative Officer's Signature    Date

Distribution: Master File; Individual in Custody    Page 1 of 2    DOC 0046 (Rev...)

Assigned Grievance #/Institution: _____  O  H___ Unit: _____  Bed #: _____
1st Lvl rec: _____

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Individual in Custody's Grievance**

2nd Lvl rec: _____

on 6-17-24 at 9:30 A.m. for meal on wheels by a medical provider" which is Nurse Practitioner K. Kramer told Dordies that ms. Baker & Np Kramer will not provider Dordies no meal on wheels, Np Kramer ask Dordies will You like a physical Examiation, Dordies say "Yes and Np Kramer told Dordies to sign this paper for a physical Examiation which Np Kramer ask Dordies to Remove His Back brace that Np Kramer took from Dordies on 6-17-24 at 10:15 A.m.

I Know that this is a Retaliation for a Recent grievance that I written on Np Wagner. I find this very unprofessional, when Np Kramer Diagnosis me as a Asthma Patient.

I was Diagnosis by a specialist Docter at the University of Chicago for C.O.P.d, Due to Excessive Heat / Dry air. I am having trouble Breathing. I taking ALVESCO 160 CG and AL-Buterol. HFA 18GM-3R.

Assigned Grievance #/Initials:

1st Lvl rec: 1/29/25

**ILLINOIS DEPARTMENT OF CORRECTION**
**Individual in Custody's Grievance**

GRIEVANCE OFFICE
RECEIVED    10

2nd Lvl rec: 2/5/25

| | | |
|---|---|---|
| Date: 1-28-25 | Individual in Custody (please print): Jayme Dordies | ID #: B11374  25-01-077  Race (optional): Blk |
| Present Facility: Eastmoline C.C. | | Facility where grievance/issue occurred: Eastmoline C.C. |

**Nature of grievance:**

- [ ] Personal Property
- [ ] Mail Handling
- [X] Medical Treatment
- [X] ADA Disability Accommodation
- [ ] Staff Conduct
- [ ] Dietary
- [ ] HIPAA
- [ ] Restoration of Sentence Credit
- [ ] Other (specify):
- [ ] Disciplinary Report     1-28-25     Eastmoline C.C.
  Date of report          Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) **and place in the designated locked receptacle marked "grievance":**

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On the Date, mr. Dordies put in for Sick call 1-22-25 to Renew Permit for eye Drops and mealwheels on friday 1-24-25 I Saw RN Jodi Johnson Request to be Put in for Docter about meal on wheels, now RN Jodi Johnson tell me to Sign up for Sick call again to get on docter line, Title II of the ADA States: No qualified individual with Disability shall, by reason of such disibility, be excluded from Participation in or be denied the benefits of
[X] continued on reverse

**Relief Requested:**

I find that very unprofessional when I was there to be put into see the docter, I'm asking to be put on the Docter list, I'm Requesting to be put back on the meals and wheels this is calling Disability Discrimination!!

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.
- [X] Check if this is NOT an emergency grievance.

Jayme Dordies     B11374     1-28-25
Individual in Custody's Signature     ID#     Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)    Date Received: 01-29-25    [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277    K14-2501-077

Response:

After review, this is a request and not a grievance. Medical advised that Individual sign up for sick call to see the doctor.

H. Marrar     [signature]     1-30-25
Print Counselor's Name     Sign Counselor's Name     Date

**Note to individual in custody:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**    Date Received:

Is this determined to be of an emergency nature:

- [ ] Yes, expedite emergency grievance
- [ ] No, an emergency is not substantiated. Individual in custody should submit this grievance according to standard grievance procedure

Chief Administrative Officer's Signature     Date

Distribution: Master File; Individual in Custody     Page 1 of 2     DOC 0046 (Rev. 8/2023)

Assigned Grievance #/Institution.

ILLINOIS DEPARTMENT OF CORRECTIONS
Individual in Custody's Grievance

1st Lvl rec:

Housing Unit    Bed #

2nd Lvl rec:

the Services, programs, or activities of a public entity, or be subjected to discrimination by any such entity. 42 U.S.C. § 12132. See also 29 U.S.C. 794 (Section 504) "no otherwise qualified individual with a disability in the united States ... Shall, solely by reason of her or his disability, be exluded from the participation in, be denied the benefits of, or be subjected to discrimination under any program or activity receiving federal financial assistance...

The ADA and Section 504 apply when the following elements are met (each is explained more below):

1. You have a disability within the meaning of the law.

2. You are otherwise qualified for the program, service or benefit.

3. Because of your disability, you are being excluded from or denied access to the program, service, or benefit. In other words, you have been subjected to discrimination in the program as a result of your disability.

4. For cases under the Section 504: the defendant (Such as the IDOC) Receives federal funding. See 29 U.S.C. 794(b); C.f.R. 27.1.'

The I.D.O.C. is a agency that Receives federal funding and there meets this element. See Nonflee v. Walker, 684 f.3d 688, 690 (7th Cir. 2012). most Jails also receive federal assistance.

Signed Grievance #/Institution: ᵝ~ here    Housing Unit:    Bell #

st Lvl rec: 07-12-22

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

2nd Lvl rec:

| Date: 7-11-22 | Offender (please print): Jayme Dordies | ID #: B11374 | Race (optional): B|K |
|---|---|---|---|

Present Facility: East moline C.C.    Facility where grievance issue occurred: East moline C.C.

**Nature of grievance:**

- [ ] Personal Property
- [ ] Mail Handling
- [ ] Medical Treatment
- [x] ADA Disability Accommodation
- [ ] Staff Conduct
- [ ] Dietary
- [ ] HIPAA
- [ ] Restoration of Sentence Credit
- [ ] Transfer Denial by Facility
- [ ] Other (specify):
- [ ] Disciplinary Report    7-11-22     East moline C.C.
                              Date of report    Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) **and place in the designated locked receptacle marked "grievance":**

  **Counselor**, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
  **Grievance Officer**, only if the issue involves discipline at the present facility or issue not resolved by Counselor
  **Chief Administrative Officer**, only if EMERGENCY grievance
  Mail to **Administrative Review Board**, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

To whom it may conern, I'm having difficulties with the East moline Staff here, to begin with my conditions, I have a Metal plate on the left side of my head, followed a hernia desc in my back, and pin & rod in my right leg. With all this Xisting, I am in excruciating pain day & night, I have a difficu ime walk down Stair way, √ I was Receiver meal on weels ad some how the food supervisor gosreman & genzalez

[X] Continued on reverse

Relief Requested:

I know that I'm been Discrimination because of my [X] Disabilities act, 42 u.s.c. § 1201 et seg (1990) Provided civil ghts Protections to individuals with disabilities & guaranteed em equal opportunity in public accommodations, institutional uilding including restaurants Et. Requesting to be put back on meal weels

[ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[ ] Check if this is NOT an emergency grievance.

| Jayme Dordies | B11374 | 7-11-22 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)    Date Received: _____    [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277    23-0037kmo

Response:

_____

_____

_____

_____

_____

_____

_____

_____

| Print Counselor's Name | Sign Counselor's Name | Date |
|---|---|---|

Note to offender: If you disagree with the counselor's response, it is your **responsibility** to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**    Date Received: 7/13/2022

Is this determined to be of an emergency nature:

[ ] Yes, expedite emergency grievance
[ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

| [signature] | 7/13/2022 |
|---|---|
| Chief Administrative Officer's Signature | Date |

Distribution: Master File; Offender    Page 1 of 2    DOC 0046 (Rev. 01/2020)

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE** (Continued)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender's Grievance**

1st Lvl rec: 7-6-22                                             2nd Lvl rec:

| Date: 6-30-22 | Offender (please print): Jayme Dordies | ID #: B11374 | Race (optional): BLK |
|---|---|---|---|

| Present Facility: Eastmoline C.C. | Facility where grievance issue occurred: Eastmoline C.C. |
|---|---|

**Nature of grievance:**

- [ ] Personal Property
- [ ] Mail Handling
- [ ] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] Staff Conduct
- [X] Dietary
- [ ] HIPAA
- [ ] Restoration of Sentence Credit
- [ ] Transfer Denial by Facility
- [ ] Other (specify): _____
- [ ] Disciplinary Report   6-30-22              Eastmoline C.C.
      <span style="font-size:smaller">Date of report                    Facility where issued</span>

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) **and place in the designated locked receptacle marked "grievance":**

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

on the above Date & time 10:00 AM to 10:30 AM I was on my way to pick up my Meal on weel & Supervisor Mr. Goosen have told me that " I was not no longer on the list, So I show Mr. Goosen ~~have~~ My Permit which Some how he Say" that I was'nt & also Stating that I need to have one of the box check on meal & weel, I have been n Sense 11-29-21 to 8-30-22 I am under the ADA Disability Act which I know. I'm being Discrimination by Mr. Goosen

[X] Continued on reverse

**Relief Requested:**

Stop Harassment me and my ~~date~~ Disable Problem and let me have my meal on weel back.

[ ] Check **only** if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[X] Check if this is **NOT** an emergency grievance.

| _Jayme Dordies_ | B11374 | 6-30-22 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response** (if applicable)    Date Received: _____    [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277      23-001/emo

Response:

_____

| Print Counselor's Name | Sign Counselor's Name | Date |
|---|---|---|

**Note to offender:** If you disagree with the counselor's response, it is your **responsibility** to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**    Date Received: _____

Is this determined to be of an emergency nature:

[ ] Yes, expedite emergency grievance
[ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

_____
Chief Administrative Officer's Signature                           Date

Distribution: Master File, Offender                    Page 1 of 2                    DOC 0046 (Rev. 01/2020)

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE** (Continued)

To: ms. Amanda Antholt,                    8-7-22

I Jayme. L. DoRdies B-11374 is in need of
Your assitance about my Disability. accommod-
ation. Which Some how Eastmoline Correc-
tional center Staff think?? that I'm am
not Disabitity and is not trying to accommod
ational me at all, I have a Reconstruct
leg that is Short & with Pin & Rod. I Do wear
ortho-pedic Boot on my Right Side with
crutches for Stability followed by a
hernia-disc in my back & a metal Plate
on the left side of my head, I have
filed Several grievance ~~on~~ occassion,
I Get Run around with Eastmoline C.C,
medical Staff and ADA accommodation that
Denied me, I have Request many time
to See a Docther ~~and~~ Speialist,
I thank you for your time.

Sinerely,
Jayme L. DoRdies
B11374.

## Grievance Officer's Report

Date Received: 07/06/2022          Date of Review: 07/15/2022          Grievance # (optional): 23-0017/emo

Offender: Dordies, Jayme                                              ID#: B11374

**Nature of Grievance:**

Dietary - Meals on Wheels

**Facts Reviewed:**

Dordies B11374 grieves that when attempting to retrieve their Meals on Wheels 6/30/22, Supervisor Goossens advised that Dordies was no longer on the list. Dordies showed Goossens their permit, and Goossens stated that the "Meal & Wheel" box needed to be checked on Dordies' permit. Dordies states that they have been approved for Meals on Wheels from 11/29/21 to 8/30/22, they are under the Americans with Disabilities Act (ADA), and they are being discriminated against by Supervisor Goossens. Dordies alleges they have had problems with Mr. Goossens from their first day at East Moline CC.

REQUESTED INFORMATION/STATEMENT: Dordies B11374 requests that the harassment stop, and to be approved for Meals on Wheels.

Findings of the Grievance Officer:
Response from Dietary Supervisor Goossens: "Dordies is not on our meals on wheels list. When checked with medical, there was no paperwork stating he had been put back on the list."

**Recommendation:**

Based upon review of all available information, it is the recommendation of this Grievance Officer that offender's grievance be denied.

K Timmons, Correctional Counselor II
Print Grievance Officer's Name                              Grievance Officer's Signature
(Attach a copy of Offender's Grievance, including counselor's response if applicable)

## Chief Administrative Officer's Response

Date Received: 7/14/22      ☑ I concur      ☐ I do not concur      ☐ Remand

Action Taken:

Chief Administrative Officer's Signature                                 7/14/22
                                                                          Date

## Offender's Appeal To The Director

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

Jayme Dordies                              B11374          7-19-22
Offender's Signature                        ID#             Date

Distribution:   Master File; Offender                    Page 1                        DOC 0047 (Rev. 3/2019)
Printed on Recycled Paper

| Grievance Officer's Report | | |
|---|---|---|
| Date Received: 09/22/2020 | Date of Review: 03/28/2022 | Grievance # (optional): 087904 |
| Offender: Dordies, Jayme | | ID#: B11374 |

**Nature of Grievance:**

Medical (Outside Screening) -- OUTSIDE SCREENING "CEREBRAL PALSY"

**Facts Reviewed:**

Individual grieves medical treatment by facility HCU. Individual grieves that on 6/17/20 he was having face/speech problems so spoke with Medical Director (MD) Dr. Tilden who advised he has cerebral palsy. Individual grieves he wishes to see a specialist.

The Health Care Unit Administrator (HCUA) Davis' response, dated 3/28/22, the grievance dated 9/2/20 was read.

Grievance Officer reviewed grievance and considers issue moot due to transfer of Individual to East Moline Correctional Center on 11/29/21 making it impossible for his medical issue to be answered by the Facility HCUA.

**Recommendation:**

Based upon a total review of all available information, it is the recommendation of this Grievance Officer that the Individual's grievance be considered MOOT at this juncture based on Grievant's transfer to East Moline Correctional Center on 11/29/21 thus hampering a response to his medical issues by the Facility HCUA. Per DR504(f), the Individual may forward this grievance to the Administrative Review Board (ARB).

H. Lardi

Print Grievance Officer's Name          Grievance Officer's Signature

(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | | |
|---|---|---|
| Date Received: 4-1-22 | ☒ I concur   ☐ I do not concur   ☐ Remand | |

Action Taken:

Chief Administrative Officer's Signature                    4-1-22
                                                           Date

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

Jayme Dordies          B-11374          4-21-22
Offender's Signature          ID#          Date

Distribution:   Master File; Offender          Page 1          DOC 0047 (Rev. 3/2019)

Printed on Recycled Paper

Assigned Grievance #/Institution:

1st Lvl rec: 087904

2nd Lvl: SEP 22 2020

**ILLINOIS DEPARTMENT OF CORRECTIONS**
## Offender's Grievance

| Date: 9-2-20 | Offender (please print): Jayme Dordies | ID #: B11374 | Race (optional): B |
|---|---|---|---|

Present Facility: Pontiac C.C.

Facility where grievance issue occurred: Pontiac C.C.

**Nature of grievance:**

- ☒ Personal Property
- ☐ Mail Handling
- ☒ Medical Treatment
- ☐ ADA Disability Accommodation
- ☐ Staff Conduct
- ☐ Dietary
- ☐ HIPAA
- ☐ Restoration of Sentence Credit
- ☐ Transfer Denial by Facility
- ☐ Other (specify): _____
- ☐ Disciplinary Report      6-17-20      Pontiac C.C.
  Date of report         Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) **and place in the designated locked receptacle marked "grievance":**

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance.
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

Above Date 6-17-20 I Jayme Dordies was having a face & speech problems and I Requesting to see the Doc there on 6-17-20. I was told by Dr. Andrew Tilden that I have cerebral palsy. which is dis-ability resulting from damage to the Brain or by muscular incoordination & speech disturbances

☐ Continued on reverse

**Relief Requested:** I would like to Request to see a specialist

☐ Check only if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☒ Check if this is **NOT** an emergency grievance.

| _Jayme Dordies_ | B11374 | 9-2-20 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)    Date Received: 9-14-20    ☒ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response: This grievance concerns medical. Forward to Grievance Office.

| A. Wykes, CCII | _(signature)_ CCII | 9-14-20 |
|---|---|---|
| Print Counselor's Name | Sign Counselor's Name | Date |

**Note to offender:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**      Date Received: _____

Is this determined to be of an emergency nature:

☐ Yes, expedite emergency grievance
☐ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure.

| Chief Administrative Officer's Signature | Date |
|---|---|

Distribution: Master File; Offender                    Page 1 of 2                    DOC 0046 (Rev. 01/2020)

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO INDIVIDUAL IN CUSTODY'S GRIEVANCE**

| Grievance Officer's Report | | |
|---|---|---|

Date Received: 05/23/2024          Date of Review: 06/07/2024          Grievance #: K14-24-05-043

Individual in Custody Name: Dordies, Jayme                    ID#: B11374

**Nature of Grievance:**

Medical Treatment - Meals on Wheels

**Facts Reviewed:**

Dordies B11374 grieves that he is not receiving proper health care. Dordies states he suffers from, "a highly tensile herniated disk", pins in his right leg and from C.O.P.D. Dordies claims that because of these medical conditions, it affects his mobility. Dordies states NP Wager has instructed him to increase his mobility and excercise, however Dordies is currently using pain management treatments and increasing his mobility actually worsens his conditions. Dordies feels that he has been unjustly removed from meals on wheels.

REQUESTED INFORMATION/STATEMENT: Dordies B11374 requests to be placed back on meals on wheels.

Findings of the Grievance Officer:

Response from HIPAA Officer/HCUA Baker: "Dordies B11374 was seen by NP Wager on 5/25 and denied any new signs or symptoms of pain and difficulty breathing, so he was denied due to no medical necessity. Dordies presented to nurse sick call on 5/31 requesting meals on wheels again. Patient is scheduled to be re-evaluated on 6/17 for meals on wheels by a medical provider."

**Recommendation:**

Based upon review of all available information, it is the recommendation of this Grievance Officer that individual's grievance be denied. Individual's medical needs appear to be being accommodated.

R. Slocum, Correctional Counselor II
_____                    _____
Print Grievance Officer's Name                        Grievance Officer's Signature
(Attach a copy of Individual in Custody's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | | |
|---|---|---|

Date Received: 06-10-24          ☒ I concur          ☐ I do not concur          ☐ Remand

Action Taken:

_____                    06-10-24
Chief Administrative Officer's Signature                Date

| Individual in Custody's Appeal To The Director | |
|---|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

_____          _____          _____
Individual in Custody's Signature                    ID#                          Date

Distribution:   Master File; Individual in Custody                    Page 1                    DOC 0047 (Rev. 9/2022)
Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO INDIVIDUAL IN CUSTODY'S GRIEVANCE** (Continued)

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO INDIVIDUAL IN CUSTODY'S GRIEVANCE

| Grievance Officer's Report | | |
|---|---|---|
| Date Received: 06/20/2024 | Date of Review: 06/25/2024 | Grievance #: K14-24-06-036 |

Individual in Custody Name: Dordies, Jayme                    ID#: B11374

**Nature of Grievance:**

Medical Supplies (Confiscated Back Brace)

---

**Facts Reviewed:**

Dordies B11374 grieves that on 6/17/2024 he was seen by NP Kramer and his back brace was taken from him. Dordies states the brace was taken out of retaliation for a recent grievance he had written. Dordies further grieves that he was removed unjustly from meals on wheels.

REQUESTED INFORMATION/STATEMENT: Dordies B11374 requests to have his brace returned to him and to be placed on meals on wheels.

Findings of the Grievance Officer:

\*\*\*Note\*\*\* Individual's attempt to grieve being removed from meals on wheels is a duplicate of grievance #K14-24-05-043 and will not be addressed.

Response received from HCUA/ADA Coordinator Baker received at the 1st level of the grievance process. No medical necessity for the back brace was found during examination. No further action required.

---

**Recommendation:**

Based upon review of all available information, it is the recommendation of this Grievance Officer that individual's grievance be denied. Individual's medical needs appear to be being accommodated.

R. Slocum, Correctional Counselor II

_____                    _____
Print Grievance Officer's Name                     Grievance Officer's Signature
(Attach a copy of Individual in Custody's Grievance, including counselor's response if applicable)

---

| Chief Administrative Officer's Response | | |
|---|---|---|

Date Received: 6,26,11        ☒ I concur    ☐ I do not concur    ☐ Remand

Action Taken:

_____                    _____
Chief Administrative Officer's Signature                Date

---

| Individual in Custody's Appeal To The Director | | |
|---|---|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

_____        _____        _____
Individual in Custody's Signature            ID#                Date

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO INDIVIDUAL IN CUSTODY'S GRIEVANCE** (Continued)



Assigned Grievance #/Institution                                   ILLINOIS DEPARTMENT OF CORRECTIONS
1st Lvl rec:                                                              **Offender's Grievance**                    2nd Lvl rec:

| Date: 12-28-22 | Offender (please print): JAyme Dordies | ID #: B 11374 | Race (optional): BlK |

Present Facility: Eastmoline C.C.        Facility where grievance issue occurred: Eastmoline C.C.

**Nature of grievance:**

☐ Personal Property        ☐ Mail Handling        ☒ Medical Treatment        ☐ ADA Disability Accommodation

☒ Staff Conduct            ☐ Dietary              ☐ HIPAA                    ☐ Restoration of Sentence Credit

☐ Transfer Denial by Facility    ☐ Other (specify): _____

☐ Disciplinary Report    12-21-22            Eastmoline C.C.
                         Date of report          Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) **and place in the designated locked receptacle marked "grievance":**

   **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
   **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor
   **Chief Administrative Officer,** only if EMERGENCY grievance
   Mail to **Administrative Review Board,** only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

Approximately on December 21st 2022 Grievant, Dordies #B-11374 was directed to go see Dr. O'Donell Grievant was there to discuss former X-Ray's as grievant is trying to inform Dr. O'Donell of the excruciating pain he has been in which is obviously indubitable of which the X-Ray is of extraordinary nature. Grievant is suddenly and inevitably interogated by Nurse Neil on how grievant should not have his crutches. Grievant #B11374 at that moment had thought Nurse Neil's intera—

☒ Continued on reverse

**Relief Requested:**

Requesting that all medical Staff Stop Harrassing me with all of my medical accommodations, and Provide the ones needed. as elavator pass, Slow walk pass, low bunk permite & meals in hcu. as my medical condition is permanent & unchangable

☐ Check **only** if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☒ Check if this is **NOT** an emergency grievance.

| Jayme Dordies | B11374 | 12-28-22 |
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)    Date Received: _____    ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

Duplicate of  23-0387, 23-0273,

23-0064,   23-0143,  23-0274

| Print Counselor's Name | Sign Counselor's Name | Date |

**Note to offender:** If you disagree with the counselor's response, it is your **responsibility** to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**    Date Received: _____

Is this determined to be of an emergency nature:

☐ Yes, expedite emergency grievance
☐ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

_____          _____
Chief Administrative Officer's Signature                Date

Distribution: Master File; Offender                Page 1 of 2                DOC 0046 (Rev. 01/2020)

Assigned Grievance #/Institution: _____    Housing Unit: _____    Bed #: _____

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

1st Lvl rec: _____                                    2nd Lvl rec: _____

gative nature was inept, and had been dealing with his indifference and discrimitive behavior before from Nurse Neil, and the East Moline Medical staff. Grievant feels as though Nurse Neil's influences on Dr. O'Donell has infiltrated the best possible medical care that Grievant may apprehend. And her comment about not needing his crutches showed great indignity. Grievant also feels as though this indifference of medical treatment infringes his medical rights. As grievant, Dordies # B11374 has been dealing with several issues of medical staff denying him of his ADA accomedations for several months now, It is to grievant's understanding that he is housed in Dorm 4 administration building. Because he is labeled on file as an ADA person in custody. Which this facility gets special funding for. Grievant #B11374 is not in understanding why he is not getting certain accommedations as the facility is getting ADA funding. On 12-25-22 Grievant had walked to chow hall with his crutches. In a snow storm to chow hall with his crutches. In a snow storm to get food. Grievant was last in line and far from other individuals due to his imminent condition. As grievant #B-11374 had entered chow hall. Grievant had to have another person in custody help him to carry his tray. As grievant, Dordies #B-11374 had been seem by Liutenant Boardman coming to chow hall in that state. He had directed grievant to go sign up for sick call for meals on wheels. Grievant has done as instructed and is still getting denied. Even though X-Rays show indubitable and extensive damage making one leg three to four inches shorter than the other. Grievant stressed to Medical staff that going to chow hall in this state and not having other ADA accomedations. Such as an elevator pass or slow walking pass Forcing grievant #B-11374 to take the stairs and struggle to keep up with chow lines. Forces him into unecisarry situations of danger and puts him in imminent risk of even futher injury. Which in turn makes IDOC liable for anything of that nature of which eventually may came. grievant is still indigent of many accomedations grievant is continually harrassed by medical staff and is forced to sign up for sick call continually And still is disctinted against and no accommedations are Met it is to even further harrassment of grievant that apon everything written here. Was trying to be discoussed with Dr. O'donell and everything trying to be discussed. was abruptly interrupped by Nurse Neil. Apon grievant trying to get his dispostion accross to Dr. O'Donell grievant was even issued a ticket of insolence on 12/28/22 on just trying to discuss his disposition. Later in the day apon mail arrival. grievant was issued a new ADA accomedations sheet in the mail. Now meals in HCU is approved. But now they are taking my crutches. Grievant has documentation of healthcare taking some restrictions one month then giving some the next. this has gone on back and forth for several months just like this. Grivant has full documentation of this harrassment.

Distribution: Master File; Offender          Page 2 of 2          DOC 0046 (Rev. 01/2020)

# STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS
## PROGRAM COMMITTEE
## FINAL SUMMARY REPORT

**Name:** DORDIES, JAYME  **IDOC Number:** B11374  **Race:** BLK

**Hearing Date/Time:** 1/2/2023   11:15 AM  **Living Unit:** EMO-AD-04-99  **Orientation Status:** N/A

**Incident Number:** 202201165/1 - EMO  **Status:** Expunged Final

| Date | Ticket # | Incident Officer | Location | Time |
|---|---|---|---|---|
| 12/22/2022 | 202201165/1-EMO | SHUEY, STEPHANIE | HEALTH CARE UNIT | 09:50 AM |

| Offense | Violation | Final Result |
|---|---|---|
| 304 | Insolence | |

Comments: yelled at medical staff cont. argueing

| Witness Type | Witness ID | Witness Name | Witness Status |
|---|---|---|---|
| No Witness Requested | | | |

## RECORD OF PROCEEDINGS

The Adjustment Committee requests this IDR be Expunged due to Inaccurate/Insufficient Information due to the Approx. time being different in the body of the ticket Expunge for this reason.

## BASIS FOR DECISION

The Adjustment Committee requests this IDR be Expunged due to Inaccurate/Insufficient Information due to the Approx. time being different in the body of the ticket Expunge for this reason.

## DISCIPLINARY ACTION  *(Consecutive to any priors)*

| RECOMMENDED | FINAL |
|---|---|
| | ---- E X P U N G E D ---- |

**Basis for Discipline:**

### Signatures
**Hearing Committee**

| | Signature | Date | Race |
|---|---|---|---|
| TRUJILLO, JOHN R  - Chair Person | | 01/02/23 | HSP |

Recommended Action Approved

**Final Comments:** N/A

JOHN R VARGA / JRV  1/3/2023

**Chief Administrative Officer**  Signature  01/03/23  Date

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

Employee Serving Copy to Committed Person

01-05-2023 @ 3:00pm

When Served - - Date and Time

Run Date: 1/4/2023 07:15:48

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO OFFENDER'S GRIEVANCE

| Grievance Officer's Report | | |
|---|---|---|
| Date Received: 07/06/2022 | Date of Review: 07/15/2022 | Grievance # (optional): 23-0017/emo |
| Offender: Dordies, Jayme | | ID#: B11374 |

**Nature of Grievance:**

Dietary - Meals on Wheels

**Facts Reviewed:**

Dordies B11374 grieves that when attempting to retrieve their Meals on Wheels 6/30/22, Supervisor Goossens advised that Dordies was no longer on the list. Dordies showed Goossens their permit, and Goossens stated that the "Meal & Wheel" box needed to be checked on Dordies' permit. Dordies states that they have been approved for Meals on Wheels from 11/29/21 to 8/30/22, they are under the Americans with Disabilities Act (ADA), and they are being discriminated against by Supervisor Goossens. Dordies alleges they have had problems with Mr. Goossens from their first day at East Moline CC.

REQUESTED INFORMATION/STATEMENT: Dordies B11374 requests that the harassment stop, and to be approved for Meals on Wheels.

Findings of the Grievance Officer:
Response from Dietary Supervisor Goossens: "Dordies is not on our meals on wheels list. When checked with medical, there was no paperwork stating he had been put back on the list."

**Recommendation:**

Based upon review of all available information, it is the recommendation of this Grievance Officer that offender's grievance be denied.

| K Timmons, Correctional Counselor II | |
|---|---|
| Print Grievance Officer's Name | Grievance Officer's Signature |

(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | | | |
|---|---|---|---|
| Date Received: 7/19/22 | ☑ I concur | ☐ I do not concur | ☐ Remand |

**Action Taken:**

| | |
|---|---|
| Chief Administrative Officer's Signature | 7/19/22 |
| | Date |

### Offender's Appeal To The Director

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

| Jayme Dordies | B11374 | 7-19-22 |
|---|---|---|
| Offender's Signature | ID# | Date |

Distribution:    Master File; Offender                    Page 1                    DOC 0047 (Rev. 3/2019)

*Printed on Recycled Paper*

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE** (Continued)

Assigned Grievance #/Institution: 23-0011emo

Housing Unit: AD-    Bed #: 4-99

1st Lvl rec: 7-6-22

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

2nd Lvl rec:

| Date: 6-30-22 | Offender (please print): Jayme Dordies | ID #: B11374 | Race (optional): BIK |
|---|---|---|---|

Present Facility: Eastmoline C.C.

Facility where grievance issue occurred: Eastmoline C.C.

**Nature of grievance:**

☐ Personal Property        ☐ Mail Handling        ☐ Medical Treatment        ☐ ADA Disability Accommodation

☐ Staff Conduct            ☒ Dietary              ☐ HIPAA                     ☐ Restoration of Sentence Credit

☐ Transfer Denial by Facility    ☐ Other (specify): _____

☐ Disciplinary Report    6-30-22    Eastmoline C.C.
                         Date of report        Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

   **Counselor**, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
   **Grievance Officer**, only if the issue involves discipline at the present facility or issue not resolved by Counselor
   **Chief Administrative Officer**, only if EMERGENCY grievance
   **Mail to Administrative Review Board**, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On the above Date & time 10:00 AM to 10:30 AM I was on my way to pick up my Meal on weel & Supervisor Mr. Goosen have told me that " I wasint no longer on the list, So I show Mr. Goosen ~~~~ My Permit which Some how he say" that I wasint & also Stating that I need to have one of the box Check on meal & weel, I have been on Sense 11-29-21 to 8-30-22 I am under the ADA Disability Act Which I Know, I'm being Discrimination by Mr. Goosen

☒ Continued on reverse

**Relief Requested:**

Stop Harassment me and my ~~else~~ Disable Problem and let me have my meal on weel back,

☐ Check **only** if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☒ Check if this is **NOT** an emergency grievance.

_Jayme Dordies_          B11374          6-30-22
Offender's Signature        ID#            Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)    Date Received: _____    ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277    23-0011emo

**Response:**

_____

_____

_____

_____

_____

_____

_____

Print Counselor's Name          Sign Counselor's Name          Date

**Note to offender:** If you disagree with the counselor's response, it is your **responsibility** to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**    Date Received: _____

Is this determined to be of an emergency nature?

☐ Yes, expedite emergency grievance
☐ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

Distribution: Master File; Offender

Chief Administrative Officer's Signature          Date

Page 1 of 2

DOC 0046 (Rev. 01/2020)

Assigned Grievance #/Institution: _____

Housing Unit: _____   Bed #: _____

1st Lvl rec: _____

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

2nd Lvl rec: _____

I been having Problem with mr. Goosen from the 1st Day in East Moline C.C, Some how mr. Goosen think? that he is a Docther who on the list and who?'nt, ADA-accommodation Provision were generally Effective required that necessary change be made to afford access by Person with disabilti Disabilities to all Public facilities, including restaurants, theaters, day-care, Centers, Parks, institutional building, and Hotel, Some how mr. Goosen think? that I'm am not Disable.

ILLINOIS DEPARTMENT OF CORRECTIONS

**RESPONSE TO OFFENDER'S GRIEVANCE**

| Grievance Officer's Report | | |
|---|---|---|
| Date Received: 07/12/2022 | Date of Review: 08/01/2022 | Grievance # (optional): 23-0037/emo |
| Offender: Dordies, Jayme | | ID#: B11374 |

**Nature of Grievance:**

Medical Treatment - ADA

**Facts Reviewed:**

Dordies B11374 grieves that they have a metal plate in their head, a herniated disc in their back, and rods & pins in their right leg making it difficult to use stairs and causing constant excruciating pain. Dordies received meals on wheels from 11/27/2021 to 6/30/2022, but have been denied since. Dordies states they wear orthopedic shoes, are having a hard time receiving accommodations for their disabilities, have filed several grievances, and want to see a special doctor about their disabilities.

REQUESTED INFORMATION/STATEMENT: Dordies B11374 requests civil rights protection to individuals with disabilities, equal opportunity in public accommodations, and to be put back on meals on wheels.

Findings of the Grievance Officer:
Response from AWP Allen: "Dordies was seen by Nurse Practitioner on 7/9/2022 - no indication for meals on wheels. On 7/13/2022 RN Johnson wrote for meals on wheels, but no doctor's note to support therefore will not be honored. Medical accommodations are at the discretion of a provider (MD/DO/NP/PA), not a nurse or the patient. Will follow up to check for note, otherwise does not meet requirements."

**Recommendation:**

Based upon review of all available information, it is the recommendation of this Grievance Officer that offender's grievance be denied.

K Timmons, Correctional Counselor II

| Print Grievance Officer's Name | Grievance Officer's Signature |
|---|---|

(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | | | |
|---|---|---|---|
| Date Received: 8/3/2022 | ☑ I concur | ☐ I do not concur | ☐ Remand |

Action Taken:

| Chief Administrative Officer's Signature | 8/3/2022 |
|---|---|
| | Date |

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

| Jayme Dordies | B11374 | 8-3-22 |
|---|---|---|
| Offender's Signature | ID# | Date |

Distribution:  Master File; Offender                    Page 1                    DOC 0047 (Rev. 3/2019)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE** (Continued)



DOC 0047 (Rev. 3/2019)

*Printed on Recycled Paper*

Grievance #/Institution: 23-0037/emo     Housing Unit: _____ Bed #: _____

1st Lvl rec: 07-12-22

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

2nd Lvl rec: _____

| Date: 7-11-22 | Offender (please print): Jayme Dordies | ID #: B11374 | Race (optional): BlK |

| Present Facility: East moline C.C. | Facility where grievance issue occurred: East moline C.C. |

**Nature of grievance:**

- ☐ Personal Property
- ☐ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Disciplinary Report
- ☐ Mail Handling
- ☐ Dietary
- ☐ Other (specify):
- ☐ Medical Treatment
- ☐ HIPAA
- ☒ ADA Disability Accommodation
- ☐ Restoration of Sentence Credit

7-11-22 Date of report     East moline C.C. Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document** (such as a Disciplinary Report, Search Record, etc.) **and place in the designated locked receptacle marked "grievance":**

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

To whom it may conern. I'm having difficulties with the East moline Staff here, to begin with my conditions, I have a Metal plate on the left side of my head, followed a hernia disc in my back, and pin & rod in my right leg, with all this existing, I am in excruciating pain days night, I have a difficult time walk down stair way, I was Receiver meal on weels and some how the food supervisor gosseman & genzalez

☒ Continued on reverse

**Relief Requested:**

I know that I'm been Discrimination because of my Disabitities act, 42 u.s.c. § 1201 et seq. (1990) Provided civil Rights Protections to individuals with disabilities & guaranteed them equal opportunity in public accommodations, institutional building including restaurants et, Requesting to be put back on meal weels

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☒ Check if this is NOT an emergency grievance.

Jayme Dordies Offender's Signature     B11374 ID#     7-11-22 Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)    Date Received: _____    ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277     23-0037/emo

Response: _____

_____

_____

_____

_____

_____

_____

_____

_____ Print Counselor's Name     _____ Sign Counselor's Name     _____ Date

**Note to offender:** If you disagree with the counselor's response, it is your **responsibility** to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**    Date Received: 7/13/2022

Is this determined to be of an emergency nature:

☐ Yes, expedite emergency grievance
☒ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

_____ Chief Administrative Officer's Signature     7/13/2022 Date

Distribution: Master File; Offender     Page 1 of 2     DOC 0046 (Rev. 01/2020)

Assigned Grievance #/Institution: _____    Housing Unit: _____    Bed #: _____

1st Lvl rec: _____
**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**
2nd Lvl rec: _____

and medical they continued to deny me meal on weels which I been Received from 11-27-21 to 6-30-22, I also were orthopedic Shoes, I having a difficult time being accommodation for my abilities at East moline. C.C. I have filed Several grievance with East moline C.C. and the only responce that I recieved is a run around and disappointment about my lay in and meal on weels accommodation, which I have not been received meal 6-30-22 which Gosseman & Gonzales have. Stop giving meal on weels, also I'm am Requesting to see a Special Docther about my ~~abilities~~, Disabilities,

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE**

| | Grievance Officer's Report | |
|---|---|---|
| Date Received: 07/15/2022 | Date of Review: 08/01/2022 | Grievance # (optional): 23-0043/emo |
| Offender: Dordies, Jayme | | ID#: B11374 |

**Nature of Grievance:**

Medical Treatment

**Facts Reviewed:**

Dordies B11374 grieves that they've requested to see a doctor, but have only been seen by a Nurse Practitioner from Dixon CC who did not diagnose their symptoms. Their symptoms include troubel breathing, coughing, leg problems, and back problems. Dordies alleges that medical is aware of their problems but "refuse to take any proper steps to resolve their issues."

REQUESTED INFORMATION/STATEMENT: Dordies B11374 requests to see a specialist for their medical issues, and to be diagnosed with C.O.P.D instead of Asthma.

**Findings of the Grievance Officer:**

Response from AWP Allen: "Patient wants meals on wheels but does not qualify. Has documented medical issues being addressed with pain meds, quad cane, and slow walk. Care has been appropriate. His complaints in grievance are not consistent with his chart and complaints when seen by medical staff."

**Recommendation:**

Based upon review of all available information, it is the recommendation of this Grievance Officer that offender's grievance be denied.

K Timmons, Correctional Counselor II

Print Grievance Officer's Name                    Grievance Officer's Signature

(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | | |
|---|---|---|
| Date Received: 8/8/2022   ☑ I concur   ☐ I do not concur   ☐ Remand | | |
| Action Taken: | | |

Chief Administrative Officer's Signature                    8/8/2022 Date

| Offender's Appeal To The Director |
|---|
| I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.) |

Jaymr Dordies                    B11374                    8-3-22
Offender's Signature                    ID#                    Date

Distribution:   Master File; Offender

Page 1

Printed on Recycled Paper

DOC 0047 (Rev. 3/2019)

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE** (Continued)

Assigned Grievance #/Institution: 25-0043emo

Housing Unit: AD    Bed #: 4-99

1st Lvl rec: 07-15-22

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

2nd Lvl rec:

| Date: 7-12-22 | Offender (please print): Jayme Dordies | ID #: B11374 | Race (optional): BLK |
|---|---|---|---|
| Present Facility: Eastmoline. C.C. | | Facility where grievance issue occurred: Eastmoline C.C. | |

**Nature of grievance:**

- ☐ Personal Property
- ☐ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Disciplinary Report

- ☐ Mail Handling
- ☐ Dietary
- ☐ Other (specify):

7-9-22
Date of report

- ☒ Medical Treatment
- ☐ HIPAA

- ☐ ADA Disability Accommodation
- ☐ Restoration of Sentence Credit

Eastmoline C.C.
Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document** (such as a Disciplinary Report, Search Record, etc.) **and place in the designated locked receptacle marked "grievance":**

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

I have Requested to See the Doctor about my Physician & two other Things which, I have requested" Some how In being Seen by a Nurse Practitioner from Dixon C.C. and Did'nt diagnose my Symptoms. one of my Problem was a rash on my beard hand and I have a problem with breath & coughing and my Physician leg & back problem, Medical Staff is aware of all my medical problems" but refuses to take any Proper Steps

☒ Continued on reverse

**Relief Requested:**

I am asking to See a Specalist about my femur & leg and Back Problem & Breathing Which I was Diagnosed with C.o.p.d. at the universal of Chicago. Some how I.D.o.c. get me Diagnose with Asthma that is not Right at all.

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☐ Check if this is NOT an emergency grievance.

_Jayme Dordies_
Offender's Signature

B11374
ID#

7-12-22
Date

(Continue on reverse side if necessary)

---

**Counselor's Response** (if applicable)   Date Received: _____   ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277   23-0043emo

**Response:**

_____

**Print Counselor's Name** _____   **Sign Counselor's Name** _____   **Date** _____

**Note to offender:** If you disagree with the counselor's response, it is your **responsibility** to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**   Date Received: 7/19/rr

Is this determined to be of an emergency nature?

☐ Yes, expedite emergency grievance
☒ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

_signature_
Chief Administrative Officer's Signature

7/19/rr
Date

Distribution: Master File; Offender

Page 1 of 2

DOC 0046 (Rev. 01/2020)

Assigned Grievance #/Institution: _____     Housing Unit: _____   Bed #: _____

1st Lvl rec: _____   **ILLINOIS DEPARTMENT OF CORRECTIONS**     2nd Lvl rec: _____
                                    **Offender's Grievance**

To resolve this issue, which i° fied very unprofessional, A patient's rights & rule. the right to received information from Physicians & to discuss the benefits and risk of Appropriate treatment, the right to make adecision, regarding the health care that is recommenden by the physician The right to courtesy, Respect, dignity, Responsiveness, and timely attention to my health care needs. The Right to Confidentially. The Right to continuity of health care. ~~The Right~~ the Basic right to have adequate health care, medical Staff is a ware of all my medical problem, but refuses to take any proper Step to resolve this issue, which I find very un-professional.

Housing Unit: f 303    Bed #: 1

0 8 2 5 8 3

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE**

Date: 12-30-19    Offender: (Please Print) Jayme Dordies    ID#: B11374

Present Facility: Pontiac C.C.    Facility where grievance issue occurred: Pontiac C.C

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Other (specify):
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [✓] ADA Disability Accommodation
- [ ] HIPAA

- [ ] Disciplinary Report: ___/___/___
       Date of Report                                              Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
   **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   **Chief Administrative Officer,** only if EMERGENCY grievance.
   **Administrative Review Board,** only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): Pontiac C.C. (Medical), To Whom It My Concern I Jayme Dordies Have Addressed This Issue many Times Concerning my Health problems, This very Day I Suffer with excruciating pain & Even to mention I Have a Rod & pin In my Right leg Follow By Hernia disc In my Back, also I am In need For Orthopedic Shoes That Help! me. With my Stability for my leg & Back problems. I also Have been asking for a Second mattress do To my Chronic pain It is very Hard For me To Sleep at Night due to this Steel Bed,

**Relief Requested:** Orthopedic Shoes & Second Mattress OR medical transfer

[✓] Check **only** if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self

[ ] Check if this is **NOT** an emergency grievance.

_Jayme Dordien_    B11374    12, 30, 19
Offender's Signature    ID#    Date

(Continue on reverse side if necessary)

---

**Counselor's Response** (if applicable)

Date Received: 1, 17, 20    [✓] Send directly to Grievance Officer    [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: This issue concerns medical. Forward to Grievance Office

A Wykes CCII    O Wykes CCII    1, 17, 20
Print Counselor's Name    Counselor's Signature    Date of Response

---

**EMERGENCY REVIEW**

Date Received: 1, 3, 2020
Received
JAN 03 2020
Pontiac Grievance Off

Received
DEC 31 2019
Pontiac Grievance Off

Is this determined to be of an emergency nature?
[ ] Yes; expedite emergency grievance
[✓] No, an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_Teri Kennedy_    1, 3, 2020
Chief Administrative Officer's Signature    Date

Distribution: Master File; Offender    Page 1    DOC 0046 (1/20:8)

Printed on Recycled Paper

Housing Unit: _____ Bed #: _____

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

682583

Distribution: Master File; Offender

Printed on Recycled Paper

DOC 0046 (1/2010)

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO INDIVIDUAL IN CUSTODY'S GRIEVANCE**

| Grievance Officer's Report | | |
|---|---|---|
| Date Received: 09/07/2022 | Date of Review: 09/20/2022 | Grievance #: 23-0183/EMO |
| Individual in Custody Name: Dordies, Jayme | | ID#: B11374 |

Nature of Grievance:

Medical Treatment

**Facts Reviewed:**

Dordies B11374 grieves that on 8/11/22 they requested to see the doctor about right side leg pain from their hip/femur, Nurse Neal didn't check their vitals or put them on the doctor's list, and Dordies "finds that unprofessional service" to not put them in to see the Doctor about their serious back and leg problems when Dordies is in excruciating pain.

REQUESTED INFORMATION/STATEMENT: Dordies B11374 requests no relief in grievance, but writes "Ms. Nurse Neal is unprofessional when it come to doing Nurse work far as checking vitals and blood pressure."

Findings of the Grievance Officer:
Response from AW Allen: "Seen 8/11 by Nurse Neal for renewal or more Tylenol. Nurse Neal referred issues to NP Wager for chart review or to be seen. She felt he was using too much Tylenol and to go to Commissary for more or return to Nurse sick call if pain is more severe."

**Recommendation:**

Based upon review of all available information, it is the recommendation of this Grievance Officer that individual's grievance be denied.

K. Timmons, Correctional Counselor II
_____
Print Grievance Officer's Name

_____
Grievance Officer's Signature

**(Attach a copy of Individual in Custody's Grievance, including counselor's response if applicable)**

| Chief Administrative Officer's Response | | |
|---|---|---|
| Date Received: 9/21/2022 | ☑ I concur    ☐ I do not concur    ☐ Remand | |

Action Taken:

_____
Chief Administrative Officer's Signature

9/21/2022
Date

| Individual in Custody's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

_____
Individual in Custody's Signature

B11374
ID#

9-27-22
Date

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO INDIVIDUAL IN CUSTODY'S GRIEVANCE** (Continued)

*Printed on Recycled Paper*



Assigned Grievance #/Institution: 23-0183emo

Housing Unit: _____   Bed #: _____

09-07-22

1st Lvl rec: 08-29-22

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

2nd Lvl rec: _____

| Date: 8-25-22 | Offender (please print): Jayme Dordies | ID #: B11374 | Race (optional): BIK |
|---|---|---|---|
| Present Facility: East Moline C.C. | | Facility where grievance issue occurred: East Moline C.C. | |

**Nature of grievance:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report  8-23-22
  Date of report

- [ ] Mail Handling
- [ ] Dietary
- [ ] Other (specify):

- [x] Medical Treatment
- [ ] HIPAA

- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

East Molien C.C.
Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document** (such as a Disciplinary Report, Search Record, etc.) **and place in the designated locked receptacle marked "grievance":**

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On above Date 8-11-22 and time 920AM I Have Request to See the Docter about my Pain I was having on the Right Side leg from my hip/femur and Nurse Neal have'nt Check my Vitals or put me on the list to see the Docther which I have to come back to Sick call, which I find that unprofessional service, not puting me in to see the Docther When I having excruciating pain, about my leg & Back Serious Probles

- [ ] Continued on reverse

**Relief Requested:**

15. Nurse Neal is unprofessional when it come to Doing Nurse work far as checking Vitals and Blood pressure.

- [x] Check **only** if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.
- [ ] Check if this is **NOT** an emergency grievance.

Jayme Dordies                    B11374                    8-25-22
Offender's Signature              ID#                       Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)    Date Received: _____    [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277    23-0183emo

**Response:**

_____

_____

_____

_____

_____

_____

_____

Print Counselor's Name                    Sign Counselor's Name                    Date

**Note to offender:** If you disagree with the counselor's response, it is your **responsibility** to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**    Date Received: 9/1/17

Is this determined to be of an emergency nature:

- [ ] Yes, expedite emergency grievance
- [x] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure.

Chief Administrative Officer's Signature          9/1/17
                                                   Date

Distribution: Master File; Offender          Page 1 of 2          DOC 0046 (Rev. 01/2020)

Assigned Grievance #/Institution: _____

Housing Unit: _____    Bed #: _____

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

1st Lvl rec: _____

2nd Lvl rec: _____

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO INDIVIDUAL IN CUSTODY'S GRIEVANCE

| Grievance Officer's Report | | |
|---|---|---|
| Date Received: 09/07/2022 | Date of Review: 09/20/2022 | Grievance #: 23-0182/EMO |
| Individual in Custody Name: Dordies, Jayme | | ID#: B11374 |

**Nature of Grievance:**

Medical Treatment

**Facts Reviewed:**

Dordies B11374 grieves that they "find it impossible for a doctor to give them a proper diagnosis of anything at all if he is not physically here to check them out." Every doctor's appointment has been through a video screen, and Dordies asks how do they trust any kind of paperwork that the doctor is to sign off on? Dordies believes this may be some of the reasoning that the doctor did not check some of the ADA accommodations, like the elevator pass. Dordies has accommodations to use two crutches and to get meals on wheels, but not accommodations for low bunk, low gallery, slow walk pass, and to be unassigned. Dordies' pass expires 11/23/2022. Dordies feels this is harassment of the disabled because their last pass included everything.

REQUESTED INFORMATION/STATEMENT: Dordies B11374 requests to see a specialist for a doctor's diagnosis.

Findings of the Grievance Officer:
Response from AW Allen: "Telemedicine is not uncommon and is an acceptable practice. If needed to be seen in person, Dr. Funk could refer to on site Nurse Practitioner."

**Recommendation:**

Based upon review of all available information, it is the recommendation of this Grievance Officer that individual's grievance be denied.

K. Timmons, Correctional Counselor II
_____
Print Grievance Officer's Name
**(Attach a copy of Individual in Custody's Grievance, including counselor's response if applicable)**

Grievance Officer's Signature

| Chief Administrative Officer's Response | | |
|---|---|---|
| Date Received: 9/21/2022 | ☑ I concur   ☐ I do not concur   ☐ Remand | |

Action Taken:

Chief Administrative Officer's Signature                                      9/21/2022
                                                                              Date

| Individual in Custody's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

Jayme Dordies                          B11374          9-27-22
Individual in Custody's Signature         ID#             Date

Distribution:   Master File; Individual in Custody

*Printed on Recycled Paper*                                    DOC 0047 (Rev. 9/2022)

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO INDIVIDUAL IN CUSTODY'S GRIEVANCE** (Continued)

Assigned Grievance #/Institution: 23/018∂-eme

09-07-22
1st Lvl rec: 08-29-22

Housing Unit: ___  Bed #: ___

2nd Lvl rec: ___

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

Date: 8-25-22

Offender (please print): JAYME DoRdies

ID #: B11374

Race (optional): BlK

Present Facility: East Moline C.C.

Facility where grievance issue occurred: East Moline C.C.

**Nature of grievance:**

- ☐ Personal Property
- ☐ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Disciplinary Report

- ☐ Mail Handling
- ☐ Dietary
- ☐ Other (specify): ___

- ☒ Medical Treatment
- ☐ HIPAA

- ☐ ADA Disability Accommodation
- ☐ Restoration of Sentence Credit

8-25-22    East Moline C.C.
Date of report    Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document** (such as a Disciplinary Report, Search Record, etc.) **and place in the designated locked receptacle marked "grievance":**

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor
**Chief Administrative Officer,** only if **EMERGENCY** grievance
**Mail to Administrative Review Board,** only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On the above Date 8-23-22, I find it impossible for a doctor to give me a proper diagnosage of anything at all, if he is not physically here to check me out. Every time I am to see him, it is through a video scream. How an I to trust any kind of paperwork that he is to sign off on for anything. This may be some of the reasoning for not checking off on some of my ADA accommodation Such as an elevator pass. As I am

☒ Continued on reverse

**Relief Requested:** I would like to see A Specailist Doctor Diagnose.

☒ Check **only** if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☐ Check if this is **NOT** an emergency grievance.

_Jayme Dordier_
Offender's Signature

B11374
ID#

8-25-22
Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)    Date Received: ___    ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277    23-018∂/emo

**Response:**

_____

Print Counselor's Name    Sign Counselor's Name    Date

**Note to offender:** If you disagree with the counselor's response, it is your **responsibility** to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**    Date Received: 9/1/n

Is this determined to be of an emergency nature:

☐ Yes, expedite emergency grievance
☒ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

_signature_
Chief Administrative Officer's Signature

9/1/n
Date

Distribution: Master File; Offender    Page 1 of 2    DOC 0046 (Rev. 01/2020)

Assigned Grievance #/Institution: _____    Housing Unit: _____    Bed #: _____

1st Lvl rec: _____

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

2nd Lvl rec: _____

Accommodation to use two crutches, on paper work & to get meals on wheels, this is Just some of the harassment I have been going through at this facility, this facility is basically Saying I am permitted to use two crutches but to take the Stairs. All other accommodations including Low bunk, Low gallary, Slow walk pass & the unassigned are all now unchecked boxes for my pass of 08-23-22. to 11-23-22. as they were, for my recent Medical restriction slip from dates, 3-1-22 to 6-1-22. with Doctor funk's Signature to sign off on this. As my medical condition is still the Same, this is harassment of the disabled. First the facility took my meals on wheels and I had wrote it up on a Grievance. Now I get it back and now I don't have any other accommodations checked off. this is a form of retaliation from this facility.

ILLINOIS DEPARTMENT OF CORRECTIONS
**Individual in Custody Request**

Individual in Custody Name: Jayme Dordies    ID #: B11374    Living Unit: AD-4-10

Job Assignment: _____    Shift: _____

Please refer to the directory located in your orientation manual and address proper personnel.

To: ☐ Clinical Services   ☐ OAEVS   ☐ Career and Technical Education (CTE)   ☐ Business Office   ☐ Health Care Unit
☐ Record Office   ☐ Placement Office   ☑ other (specify): Sick Call

for the purpose of (explain):
Request to Renew my meals on wheels

H.C.U.

Have you previously discussed this issue with a staff member?  ☐ No   ☐ Yes   If yes, name: _____

FEB 0 5 2025

_Jayme Dordies_    2-4-25
Individual in Custody's Signature    Date

EMCC

INDIVIDUALS IN CUSTODY DO NOT WRITE BELOW THIS LINE

Remarks by staff (if necessary):
YOUR CHART HAS BEEN PUT TO A PROVIDER FOR RENEWAL

_Caldwell_    _[signature]_    2-6-25
Print Staff Name    Staff Signature    Date

Distribution:   Affected Unit

Printed on Recycled Paper

DOC 0286 (Rev. 3/2024)

ILLINOIS DEPA??    ?F CORRECTIONS
## Individual in Custody Request

Individual in Custody Name: _Jayme Dordies_      ID #: _B11374_   Living Unit: _AD-4-10_

Job Assignment: _____    Shift: _____

Please refer to the directory located in your orientation manual and address proper personnel.

To: ☐ Clinical Services    ☐ OAEVS    ☐ Career and Technical Education (CTE)    ☐ Business Office    ☑ Health Care Unit
☐ Record Office    ☐ Placement Office    ☑ Other (specify): _ADA Coordinator accommodate_

for the purpose of (explain):
_I Have Regest many time to Renew my mea(son wheels from 1-22-25 and I was told to come back Signup again 1-25-25_

Have you previously discussed this issue with a staff member?  ☐ No   ☐ Yes   If yes, name: _1-27-25 1-28-25_

_Jayme Dardies_  _____
Individual in Custody's Signature        _2-3-25_
Date

INDIVIDUALS IN CUSTODY DO NOT WRITE BELOW THIS LINE

Remarks by staff (if necessary):
_____
**Sign up for Sick Call**
**This is Procedure**
_____

Print Staff Name            Staff Signature            Date

Distribution:   Affected Unit

Printed on Recycled Paper

DOC 0286 (Rev. 3/2024)

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Individual in Custody Request**

4

Individual in Custody Name: Jayme Dorties        ID #: B11374 Living Unit: AD-4-10

Job Assignment: _____        Shift: _____

Please refer to the directory located in your orientation manual and address proper personnel.

To: ☐ Clinical Services   ☐ OAEVS   ☐ Career and Technical Education (CTE)   ☐ Business Office   ☐ Health Care Unit
☐ Record Office   ☐ Placement Office   ☑ other (specify): Sick call

for the purpose of (explain):
Requesting to Renew my meal on wheels and Eye
Drops

Have you previously discussed this issue with a staff member? ☐ No ☐ Yes   If yes, name: _____

_Jayme Dorties_                           1-27-25
Individual in Custody's Signature                Date

_INDIVIDUALS IN CUSTODY DO NOT WRITE BELOW THIS LINE_

Remarks by staff (if necessary):
Chart to Provider desk for review of meals of
Wheels. Will receive copy in the mail. Eye drops Renewed

H.C.U.
JAN 27 2025   MS
EMCC   1/27

Kodi Calhern RN                _Calhern RN_                1/29/25
Print Staff Name                Staff Signature                Date

Distribution:   Affected Unit

Printed on Recycled Paper                                DOC 0286 (Rev. 3/2024)

IDOC INDIVIDUAL IN CUSTODY MAIL

JAYME Dordies B-11374
Eastmoline c.c.
100 Hillcrest Rd.
Eastmoline Ill 61244



FIRST-CLASS

US POSTAGE
ZIP 61244   $0
02 7W
0008028610 OCT

UNiteD STATes DistRict CouRT
CENTRal DistRict of Illinois

NOTIFY SENDER OF NEW ADDRESS
:US DISTRICT COURTS CLERKS OFFICE
1701 4TH AVE #310
ROCK ISLAND IL 61201-8735

R
F
S
*

Legal Mail